In the Matter of the Will of NELLIE E. KURTZ, Deceased.
HOWARD W. KURTZ, Appellant; MABEL J. KURTZ, Individually and as Administratrix with the Will Annexed of the Estate of NELLIE E. KURTZ, Deceased, Respondent.

Argued February 23, 1939; decided April 4, 1939.

*Philip Halpern* and *William K. Buscaglia* for appellant. *Joseph E. Conners* and *Mildred Bork Conners* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.